ORDERED.

Dated: **September 20, 2019**

*[Signature]*
Michael G. Williamson
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| *In re United Talent Agency, LLC*, | Case Number: 8:19-bk-06410-MGW |
| Debtor. | Chapter 7 |

### ORDER GRANTING FORD MOTOR COMPANY'S MOTION
### FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(D)(1)

THIS CASE came on for consideration on the Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) (Doc. 10) (the "Motion")[1] filed by Ford Motor Company ("Movant"). The Motion was served by negative notice in accordance with Local Rule 2002-4. With no appropriate response timely filed, the Court therefore considers the matter to be unopposed. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and Movant may continue to proceed against the Debtor and any and all other parties in the lawsuit filed in the

---

[1] Defined terms from the Motion are incorporated by reference.

50225093;1

2

in the California Superior Court, County of Los Angeles, styled *Chen, et al. v. United Talent Agency, LLC, et al.*, Case No. BC641930, including continued prosecution of the Cross-Complaint against the Debtor as well as the Good Faith Settlement Motion, and any necessary appeals arising out of the State Court Action, in accordance with applicable nonbankruptcy law.

3. Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of the Order and the relief requested in the Motion.

Attorney Steven R. Wirth is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.